

GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

The following constitutes
the order of the court. Signed November 24, 2015

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>**JACINTO N PANDONG,**<br><br>Debtor. | Case No. **15-43473-CN-13**<br><br>Chapter 13<br><br>**ORDER RE DEBTOR'S EX PARTE MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENTS AND CHAPTER 13 PLAN** |

Upon the *ex parte* motion of **JACINTO N PANDONG** (hereinafter **Debtor**), for an extension of time to file **Summary of schedules**; **Statistical Summary** of Certain Liabilities; **Schedule A** - Real Property; **Schedule B** - Personal Property; **Schedule C** - Exempt Property; **Schedule D** - Secured Creditors; **Schedule E** - Unsecured Priority Creditors; **Schedule F** - Unsecured Nonpriority Creditors; **Schedule G** - Exec. Contracts & Unexpired Leases; **Schedule H** - Codebtors; **Schedule I** - Current Income of Individual Debtors; **Schedule J** - Current Expenditures of Individual Debtors; **Declaration Concerning Debtor's Schedules**; **Statement of Financial Affairs**; Means Test - **Form 22BC**; and **Chapter 13 Plan** and good cause appearing therefore,

IT IS HEREBY ORDERED that **Debtor** shall file with this Court Summary of schedules; Statistical Summary of Certain Liabilities; Schedule A - Real Property; Schedule B - Personal

Property; Schedule C - Exempt Property; Schedule D - Secured Creditors; Schedule E - Unsecured Priority Creditors; Schedule F - Unsecured Nonpriority Creditors; Schedule G - Exec. Contracts & Unexpired Leases; Schedule H - Codebtors; Schedule I - Current Income of Individual Debtors; Schedule J - Current Expenditures of Individual Debtors; Declaration Concerning Debtor's Schedules; Statement of Financial Affairs; Means Test - Form 22BC; and Chapter 13 Plan on or before **December 16, 2015**.

*** END OF ORDER ***

COURT SERVICE LIST

**NONE**