

**Entered on Docket**
**December 29, 2015**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1  GEOFFREY E. WIGGS (SBN 276041)
   LAW OFFICES OF GEOFF WIGGS
2  1900 S. Norfolk St, Suite # 350
   San Mateo, Ca 94403
3  geoff@wiggslaw.com
   Telephone: (650) 577-5952
4  Facsimile: (650) 577-5953

**The following constitutes the order of the court. Signed December 28, 2015**

_____
Charles Novack
U.S. Bankruptcy Judge

Attorney for Debtor
JACINTO N PANDONG

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

In re:  )  Case No. 15-43473-CN-13
        )
**JACINTO N PANDONG,**  )  Chapter 13
        )
        )  **ORDER ON MOTION TO DISMISS**
   Debtor.  )  **CASE PURSUANT TO 11 U.S.C. §1307(b)**
        )

Upon consideration of Debtor's Motion to Dismiss Case Pursuant to 11 U.S.C. §1307(b) and all supporting documentation;

IT IS ORDERED THAT the Debtors' Motion to Dismiss Case Pursuant to 11 U.S.C. §1307(b) is hereby granted.

** END OF ORDER ***

COURT SERVICE LIST

*NONE